## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | |
|---|---|
| AMANDA FITTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PINNACLE PROPANE, LLC,<br><br>Defendant. | Case No. 3:23-cv-01559-B |

### JOINT STATUS REPORT, NOTICE OF SETTLEMENT, AND REQUEST TO STAY

Plaintiff Amanda Fitton and Defendant Pinnacle Propane, LLC, by and through their counsel, submit this Joint Status Report regarding mediation.

1. On September 12, 2023, the Parties filed a joint motion to stay briefing and case deadlines pending mediation. Doc. 12.

2. The Court granted the parties' joint motion on September 15, 2023, administratively closing the case pending mediation and ordering the parties to provide status reports regarding mediation every 60 days, with the first report due on November 14, 2023, and the second report due on January 15, 2024. Doc. 13.

3. The parties held the scheduled mediation with Hon. Jay Gandhi (Ret.) of JAMS on December 5, 2023. As a result of that mediation, the parties reached agreement on the material terms of a class settlement.

4. Therefore, the parties request that the case remain administratively closed pending Plaintiff's motion for preliminary approval, which Plaintiff intends to submit by February 16, 2024.

Date: January 2, 2024

Respectfully submitted,

*/s/ Raina C. Borrelli*
Raina C. Borrelli (*pro hac vice*)
Samuel J. Strauss*
TURKE & STRAUSS LLP
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
raina@turkestrauss.com
sam@turkestrauss.com

Joe Kendall
Texas Bar No. 11260700
KENDALL LAW GROUP, PLLC
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Telephone: 214/744-3000
Facsimile: 214/744-3015
jkendall@kendalllawgroup.com

*Attorneys for Plaintiff and Proposed Class*

*Pro Hac Vice Forthcoming

Date: January 2, 2024

Respectfully submitted,

*/s/ Paulina Nenclares*
Paulina Nenclares
State Bar No. 24121032
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
Telephone: (214) 969-2628
E: pnenclares@jonesday.com

John A. Vogt (admission pro hac vice forthcoming)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408
Telephone: (949) 851-3939
E: javogt@jonesday.com
E: rball@jonesday.com

*Counsel for Defendant Pinnacle Propane, LLC*

## **CERTIFICATE OF SERVICE**

     I, Raina C. Borrelli, hereby certify that on January 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 2nd day of January, 2024.

                TURKE & STRAUSS LLP

                By: */s/ Raina C. Borrelli*
                     Raina C. Borrelli
                     raina@turkestrauss.com
                     TURKE & STRAUSS LLP
                     613 Williamson St., Suite 201
                     Madison, WI 53703
                     Telephone: (608) 237-1775
                     Facsimile: (608) 509-4423