# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| AMANDA FITTON, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>PINNACLE PROPANE, LLC,<br><br>                Defendant. | Case No. 3:23cv1559<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Plaintiff respectfully requests that this Honorable Court enter an Order:

1) Preliminarily approving the Settlement;

2) Directing that Notice be disseminated to the Settlement Class Members in accordance with the Notice Program;

3) Appointing Analytics as Settlement Administrator;

4) Approving the form and content of the Claim Form (Ex. A), Long Form Notice (Ex. B), and Short Form Notice (Ex. F), attached to the Settlement Agreement;

5) Appointing Amanda Fitton as Representative of the Class;

6) Appointing Raina Borrelli of Turke & Strauss LLP as Settlement Class Counsel;

7) Scheduling a Final Fairness Hearing to consider the entry of the final order and judgment approving the Settlement and the request for attorneys' fees, costs, expenses, and Plaintiff's service award to be held at least 120 days after entry of the Preliminary Approval Order; and

8) Such other relief as the Court deems just and proper.

Respectfully submitted,

Dated: February 16, 2024                                         /s/*Raina C. Borrelli* _____

                                              TURKE & STRAUSS LLP
                                              Samuel J. Strauss
                                              Raina Borrelli
                                              613 Williamson Street, Suite 201
                                              Madison, Wisconsin 53703
                                              Telephone: (608) 237-1775
                                              Facsimile: (608) 509-4423
                                              sam@turkestrauss.com
                                              raina@turkestrauss.com

                                              Joe Kendall
                                              Kendall Law Group PLLC
                                              3811 Turtle Creek Blvd. Suite 1450
                                              Dallas, TX 75219
                                              214-744-3000
                                              Fax: 214-744-3015
                                              Email: Jkendall@kendalllawgroup.Com

                                              ***Attorneys for Plaintiff and the Proposed Class***

## **CERTIFICTE OF CONFERENCE**

I hereby certify that the parties conferred on the issue before seeking the relief sought herein and all parties agreed to pursue such relief as an agreed joint motion.

/s/ *Raina C. Borrelli*

Raina C. Borrelli

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was served on all counsel of record on February 16, 2024 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

                                            /s/ *Raina C. Borrelli*

                                            Raina C. Borrelli