# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| AMANDA FITTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PINNACLE PROPANE, LLC,<br><br>Defendant. | Case No. 3:23-cv-1559 |

## FINAL JUDGMENT

The Court has entered an order granting Plaintiffs' Motion for Final Approval of Class Action Settlement and granting Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses to Settlement Class Counsel, and Service Award Payment to Plaintiff. *See* Doc. 34. In the event there is a dispute concerning the enforcement of the terms of the Settlement Agreement, the Parties shall confer in good faith to resolve any such dispute and if such dispute remains unresolved, the dispute shall be heard by this Court, which shall retain jurisdiction for said purpose.

Therefore, it is **ORDERED, ADJUDGED, AND DECREED** that the Court **DISMISSES** this action with prejudice.

**SO ORDERED**.

**SIGNED: December 20, 2024.**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE